UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE NAILS, | No. C 13-917 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| L. S. McEWEN, Warden, | |
| Respondent. / | |

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Sara Turner, the court GRANTS respondent's request. (Docket # 9.) Respondent must file and serve his response to the petition no later than **September 20, 2013**. Petitioner must file and serve his traverse no later than **October 28, 2013.**

IT IS SO ORDERED.

DATED: August 26, 2013

SUSAN ILLSTON
United States District Judge