UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE NAILS,　　　　　　　　　　　　　　No. C 13-917 SI (pr)

　　　　Petitioner,　　　　　　　　　　　　**ORDER EXTENDING DEADLINES**

　　v.

L. S. McEWEN, Warden,

　　　　Respondent.
_____/

　　Respondent has filed a second *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Sara Turner, the court GRANTS respondent's request. (Docket # 11.) Respondent must file and serve his response to the petition no later than **October 18, 2013**. Petitioner must file and serve his traverse no later than **November 22, 2013.**

　　IT IS SO ORDERED.

DATED: October 7, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge