UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE NAILS,<br><br>    Petitioner,<br><br>  v.<br><br>L. S. McEWEN, Warden,<br><br>    Respondent. / | No. C 13-917 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed a third *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Sara Turner, the court GRANTS respondent's request. (Docket # 14.) Respondent's answer filed on October 25, 2013 is deemed to have been timely filed.

    Petitioner's request for an extension of the deadline to file a traverse in response to the answer is GRANTED. (Docket # 16.) Petitioner must file and serve his traverse no later than **December 27, 2013**.

    IT IS SO ORDERED.

DATED: November 22, 2013

                                                            SUSAN ILLSTON<br>
                                             United States District Judge