UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE NAILS, | No. C 13-0917 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| L.S. McEWEN, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 3, 2014

SUSAN ILLSTON
United States District Judge