United States District Court
For the Northern District of California

1
2
3
4
5                     UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8  MAURICE NAILS,                No. C 13-0917 SI (pr)

9        Petitioner,        **ORDER DENYING MOTION FOR**

10     v.                   **EXTENSION**

11  L.S. McEWEN, Warden,

12        Respondent.

13  _____/

14     This petition for writ of habeas corpus was denied on the merits on March 3, 2014.

15  Petitioner, under the mistaken impression that a report and recommendation was issued by a

16  magistrate judge, has requested an extension to file objections.  As this petition has been denied

17  and the case closed, petitioner's motion for an extension (Docket #23) is DENIED.

18     IT IS SO ORDERED.

19  DATED: March 31, 2014       _____

20                      SUSAN ILLSTON
                    United States District Judge

21
22
23
24
25
26
27
28